DISMISS; Opinion issued October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01146-CV

### MELISSA MYLES, Appellant

### V.

### BARBARA A. FELDER, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-00385-C**

# MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy

The Court has before it appellant's motion to dismiss appeal. In the motion, which is unopposed, appellant states that the parties have reached a settlement agreement and asks that the appeal be dismissed. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

121146F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MELILSSA MYLES, Appellant

No. 05-12-01146-CV      V.

BARBARA A. FELDER, Appellee

Appeal from the County Court at Law No. 3 of Dallas County, Texas. (Tr.Ct.No. CC-10-00385-C).

Opinion delivered per curiam before Justices Morris, Francis, and Murphy.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. The parties are **ORDERED** to bear their own costs of this appeal.

Judgment entered October 4, 2012.

JOSEPH B. MORRIS
JUSTICE